# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4484
_____

BENNIE HENDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

February 15, 2019

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Diana L. Johnson of Johnson and Lufrano, P.A., Jacksonville, for Appellant.

Ashely B. Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.